IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DOUGLAS MILLER,

    Petitioner,

  v.

WARDEN, NORTH CENTRAL
CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:09-CV-969
JUDGE FROST
MAGISTRATE JUDGE KING

## OPINION AND ORDER

On December 10, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT.**

                                                /s/ Gregory L. Frost
                                              GREGORY L. FROST
                                              United States District Judge